CRAIG W. CARLSON†‡
STEVEN N. WALDEN⁺
JARED STENBERG 1971-2010
EDNA G. ELIZONDO
VICKI L. CARLSON
ROBERT L. RANCO
MICHAEL G. ERSKINE
DREW GIBBS
JULIE PESCHEL
SCOTT R. CRIVELLIⁱⁱ
L. TODD KELLY ᵛ
KATHRYN L. KNOTTS
CASSANDRA F. CHARLES
SAVANNAH N. STROUD
RENEE M. KUHL
NATHAN P. KENNEDY Ω
STEPHEN S. DUMMIT
DOMINIC M.V. BRAUS
ROBBYE D. BRYAN
ROBERTO FLORES
JAMES E. STEPHENSON†
KENT KIRKPATRICK
TAD ALLEN
EMILY M. YOUNG
KIARA Y. MARTINEZ
JAIME M. LYNN
JOHN W. HODGES, JR. †
BRITTANY COBURN
REKHA ARELLA

# THE CARLSON LAW FIRM, P.C.

400 WEST JASPER DRIVE
KILLEEN, TEXAS 76542
PHONE (254) 526-5688
FAX (254) 526-8204

July 6, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/24/2015 1:24:26 PM
KEITH E. HOTTLE
Clerk

VIA EMAIL: pbswilley@btrlaw.com
Bret Reynolds & Associates PC
Attn: Brook Swilley
1250 N.E. Loop 410
San Antonio, Texas 78209

RE:  Mario Flores v. Autozone, Inc. & Autozoners L.L.C.
D/B/A Autozone #3115; cause no. DC-15-6

Dear Ms. Swilley,

This letter is to confirm that my client has been granted an extension to file his response to your client's appellate brief. Plaintiff's response to Autozone & Autozoners L.L.C's appellate brief will be due July 24, 2015.

If you are in agreement with the above, please sign this correspondence where indicated and return to my office for filing with the court. Please do not hesitate to call my office if you have any questions.

Very Truly,

Kiara Martinez

P. Brook Swilley

**AUSTIN**
11606 NORTH INTERSTATE 35
**SOUTH AUSTIN**
2800 SOUTH INTERSTATE 35
**BRYAN/COLLEGE STATION**
1121 BRIARCREST DRIVE
**KILLEEN**
400 WEST JASPER ROAD
**LAREDO**
5112 McPHERSON
**ROUND ROCK**
1717 NORTH INTERSTATE 35
**SAN ANTONIO**
6100 BANDERA ROAD
**SOUTH SAN ANTONIO**
618 SOUTHWEST MILITARY DRIVE
**TEMPLE**
3000 SOUTH 31ˢᵀ STREET
**WACO**
1105 WOODED ACRES DRIVE

LICENSED IN
† TEXAS & NEBRASKA
⁺ TEXAS & GEORGIA
ⁱⁱ TEXAS & NEW YORK
Ω TEXAS & COLORADO
Σ ARKANSAS FEDERAL COURT
ᵛ TEXAS, OKLAHOMA, VIRGINIA
& PENNSYLVANIA
† TEXAS & OHIO

ALL OTHER ATTORNEYS
ARE LICENSED IN TEXAS